## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cockett Marine Oil US, Inc., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 1:25-mc-188-GBW ) ) IN ADMIRALTY |
| Bravo Global Supply LLC, | ) ) |
| Defendant, *et al.* | ) |

### NOTICE OF SATISFACTION OF JUDGMENT

Please take notice that the judgment of the United States District Court, Western District of Texas registered in this District and docketed in this action has by settlement been satisfied.

J. Stephen Simms (*pro hac vice*)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone:    (410) 783-5795
Facsimile:    (410) 510-1789
jssimms@simmsshowers.com

YOUNG CONAWAY STARGATT
& TAYLOR LLP

*/s/ Timothy Jay Houseal*
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682
thouseal@ycst.com

*Counsel to Cockett Marine Oil US, Inc.*

Dated: November 25, 2025

33794165.1