# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cockett Marine Oil US, Inc., | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 1:25-mc-188-GBW |
| v. | ) |
| | ) IN ADMIRALTY |
| Bravo Global Supply LLC, | ) |
| Defendant, *et al.* | ) |

## COCKETT MARINE OIL US, INC.'S UNOPPOSED MOTION TO VACATE ALL GARNISHMENTS AND/OR ATTACHMENTS SOUGHT OR OBTAINED AGAINST BRAVO GLOBAL SUPPLY LLC OR ITS PROPERTY

Upon the consummation of settlement of this and related actions, as required by the settlement agreement, Cockett Marine Oil US, Inc. ("Cockett") moves for this Court to vacate all garnishments and/or attachments sought or obtained against Bravo Global Supply LLC or its property. This motion is unopposed.

Cockett herewith submits a draft order and respectfully requests this Court to grant its motion.

| | |
|---|---|
| J. Stephen Simms (*pro hac vice*)<br>Simms Showers LLP<br>201 International Circle, Suite 230<br>Baltimore, Maryland 21030<br>Telephone: (410) 783-5795<br>Facsimile: (410) 510-1789<br>jssimms@simmsshowers.com | YOUNG CONAWAY STARGATT<br>& TAYLOR LLP<br><br>*/s/ Timothy Jay Houseal*<br>Timothy Jay Houseal (Del. Bar ID No. 2880)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6682<br>thouseal@ycst.com |

*Counsel to Cockett Marine Oil US, Inc.*

Dated: November 25, 2025

33794285.1